Zachariah Larson, Esq. (NV Bar No. 7787)  
Shara Larson, Esq. (NV Bar No. 7786)  
LARSON & STEPHENS  
810 S. Casino Center Blvd., Ste. 104  
Las Vegas, NV 89101  
Telephone: 702/382.1170  
Facsimile: 702/382.1169  
Email: zlarson@lslawnv.com  
Proposed Attorneys for Debtors and  
Debtors in Possession

E-Filed on: 3-14-2011

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF NEVADA

In re:

NICK3, LLC,

    Debtor

NASDAQ5, LLC,

    Debtor

ALEC4, LLC,

    Debtor

Affects:  
☒ All Debtors  
☐ Affects the following Debtor(s)

Case No.: BK-S-11-11249-BAM  
(Jointly Administered with Case No.:  
BK-S-11-11252-BAM, BK-S-11-11253-BAM)

Chapter 11

Hearing Date: 3-29-2011  
Hearing Time: 10:00 AM  
Courtroom 3

## SUPPLEMENT TO DEBTOR'S EMERGENCY MOTION FOR AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND RELATED RELIEF AND SCHEDULING FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001(b)(2)

Nick3, LLC, Nasdaq5, LLC and Alec4, LLC, ("Debtors"), debtors and debtors-in-possession, by and through their proposed attorneys, the law firm of Larson & Stephens, LLC,

. . .

. . .

. . .

hereby supplements a copy of the Debtors' proposed estimated general budget for Nick3, LLC, Nasdaq5, LLC and Alec4, LLC.

DATED this 10th day of March, 2011.

LARSON & STEPHENS

BY /s/ Zachariah Larson, Esq.
Zachariah Larson, Esq., Bar No. 7787
Shara Larson, Esq., Bar No. 7786
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Proposed Attorneys for Debtors

**CERTIFICATE OF SERVICE**

1. On this <u>14th</u> day of March, 2011, I served the following document(s) (specify):

<u>SUPPLEMENT TO DEBTOR'S EMERGENCY MOTION FOR AN INTERIM ORDER AUTHORIZING USE OF CASH COLLATERAL AND RELATED RELIEF AND SCHEDULING FINAL HEARING PURSUANT TO FED.R.BANKR.P. 4001(b)(2)</u>

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*
   ■   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

OGONNA M. ATAMOH on behalf of Creditor THE VAN CEN AVONDALE PARTNERSHIP
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;manthony@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com

MICHAEL R. BROOKS on behalf of Creditor East West Bank
jsallade@brooksbauer.com

MATTHEW L. JOHNSON on behalf of Creditor NEVADA STATE BANK
candice@mjohnsonlaw.com, mjohnson@mjohnsonlaw.com

ZACHARIAH LARSON on behalf of Debtor ALEC4, LLC
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

2

    b.    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

    c.    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    d.    **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    e.    **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    f.    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): 3-14-11

Susan Stanton                           /s/ Susan Stanton
**(Name of Declarant)**               **(Signature of Declarant)**

3

## NICK3, LLC
## Monthly Budget
2011

|  | 2011 Monthly |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Rental Income** | |
|       4631 Spring Mtn | 18,053.10 |
|       6170 W Desert Inn | 13,500.00 |
|     **Total Rental Income** | 31,553.10 |
|   **Total Income** | 31,553.10 |
|   **Expense** | |
|     **Insurance** | |
|       **Liability Insurance** | |
|         4631 Spring Mnt | 171.75 |
|         6170 W Desert Inn | 292.50 |
|       **Total Liability Insurance** | 464.25 |
|     **Total Insurance** | 464.25 |
|     **Lease commissions** | 1,172.50 |
|     **Licenses and permits** | |
|       Filing Fees | 27.08 |
|       Licenses and permits - Other | 8.00 |
|     **Total Licenses and permits** | 35.08 |
|     **Management consulting -4631 Spring Mtn** | 1,262.12 |
|     **Office expenses** | 16.47 |
|     **Professional fees** | |
|       Legal | 235.78 |
|     **Total Professional fees** | 235.78 |
|     **Repairs and maintenance** | |
|       Building Repairs - 4631 Spring Mtn | 258.07 |
|       Equipment Repairs - 4631 Spring mtn | 15.86 |
|       Lawn Maintenance - 4631 Spring Mtn | 100.00 |
|       Sprinkler System Inspection fee - 4631 Spring Mtn | 130.19 |
|     **Total Repairs and maintenance** | 504.12 |
|     **Taxes-property** | |
|       4631 Spring Mtn | 710.32 |
|       6170 W Desert Inn | 1,323.73 |
|       NM-Luna, Unit7 Block6 Lot8 | 8.43 |
|       NM-Luna, Unit9 Block4 Lot12 | 8.43 |
|       NM-Luna, Unit9 Block4 Lot27 | 8.43 |
|       Texas-Culberson, Lot 14&15 | 5.93 |
|     **Total Taxes-property** | 2,065.27 |
|     **Telephone - 4631 Spring Mtn** | 80.70 |
|     **Utilities** | |

## NICK3, LLC
## Monthly Budget
### 2011

|  | 2011 Monthly |
|---|---:|
| Electric - 4631 Spring Mtn | 1,001.36 |
| Gas - 4631 Spring Mtn | 259.05 |
| Sewer - 4631 Spring Mnt | 187.23 |
| Trash - 4631 Spring Mountain | 350.33 |
| Water -4631 Spring Mtn | 940.13 |
| **Total Utilities** | 2,738.10 |
| **Total Expense** | 8,574.39 |
| **Net Ordinary Income** | 22,978.71 |
| **Other Income/Expense** | |
| Other Income | |
| Interest income - Beauty to Beauty | 750.00 |
| **Total Other Income** | 750.00 |
| Other Expense | |
| Mortgage Payments | |
| 6170 W Desert Inn | 10,579.01 |
| 4631 Spring Mtn | 9,206.29 |
| **Total Mortgage Payments** | 19,785.30 |
| **Total Other Expense** | 19,785.30 |
| **Net Other Income** | -19,035.30 |
| **Net Income** | 3,943.41 |

# NASDAQ5, LLC
## Monthly Budget
2011

|  | 2011 Monthly |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Rental income** | |
|       4480 Spring Mountain | 28,720.83 |
|     **Total Rental income** | 28,720.83 |
|   **Total Income** | 28,720.83 |
|   **Expense** | |
|     **Insurance** | |
|       **Property Liability Insurance** | |
|         4480 Spring Mountain | 175.66 |
|       **Total Property Liability Insurance** | 175.66 |
|     **Total Insurance** | 175.66 |
|     **Management consulting - 4480 Spring Mtn** | 1,148.83 |
|     **Professional fees** | |
|       Legal | 2,506.25 |
|     **Total Professional fees** | 2,506.25 |
|     **Repairs and maintenance** | |
|       Landscaping - 4480 Spring Mtn | 100.00 |
|       Repairs - 4480 Spring Mtn | 380.54 |
|     **Total Repairs and maintenance** | 480.54 |
|     **Security - 4480 Spring Mountain** | 879.70 |
|     **Taxes - 4480 Spring Mtn** | 1,425.98 |
|     **Telephone - 4480 Spring Mountain** | 107.69 |
|     **Utilities** | |
|       Power - 4480 Spring Mountain | 1,241.03 |
|       Sewer - 4480 Spring Mountain | 576.01 |
|       Trash - 4480 Spring mtn | 598.61 |
|       Water - 4480 Spring mtn | 896.62 |
|     **Total Utilities** | 3,312.27 |

# NASDAQ5, LLC
## Monthly Budget
### 2011

|  | 2011 Monthly |
|---|---:|
| **Total Expense** | 10,036.92 |
| **Net Ordinary Income** | 18,683.91 |
| **Other Income/Expense** | |
|    Mortgage Payments | |
|       Illinois Mutual - 4480 Spring Mountain | 8,674.59 |
|       Eastwest Bank LOC#87813670 | 9,642.38 |
|       Eastwest Bank LOC#87812355 | 5,309.32 |
|    **Total Mortgage payments** | 23,626.29 |
| **Net Other Income** | -23,626.29 |
| **Net Income** | **-4,942.38** |

**ALEC4, LLC**
**Monthly Budget**
**2011**

|  | 2011 Monthly |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Rental income** | |
|       **4949 Spring Mtn** | |
|         CAM Charges | 1,646.75 |
|         4949 Spring Mtn - Rent | 1,176.25 |
|       **Total 4949 Spring Mtn** | 2,823.00 |
|       **Sign Rental** | |
|         Southern Highland, Lot 3 | 1,750.00 |
|       **Total Sign Rental** | 1,750.00 |
|     **Total Rental income** | 4,573.00 |
|   **Total Income** | 4,573.00 |
| **Expense** | |
|   **Insurance** | |
|     **Liability Insurance** | |
|       4949 W Spring Mtn | 267.50 |
|       Southern Highland, Lot 3 | 86.58 |
|     **Total Liability Insurance** | 354.08 |
|   **Total Insurance** | 354.08 |
|   **Licenses and permits** | |
|     Annual List Filing Fees and NV Business License | 27.08 |
|   **Total Licenses and permits** | 27.08 |
|   **Professional fees** | |
|     Legal- Resident Agent fee | 6.25 |
|   **Total Professional fees** | 6.25 |
|   **Repairs and maintenance** | |
|     Landscaping - Southern Highland | 150.00 |
|     Landscaping - 4949 Spring Mtn | 100.00 |
|     Building Repairs-4949 Spring Mtn | 50.00 |
|   **Total Repairs and maintenance** | 300.00 |
|   **Taxes-property** | |
|     4949 W Spring Mtn | 642.14 |
|     AZ-207 E. Van Buren Ave | 1,402.42 |
|     AZ-Apache #211-41-009D | 1.78 |
|     AZ-Coconino, #406-64-2-C | 1.45 |
|     Southern Highland, Lot 3 | 337.02 |
|     Utah-Millard County | 4.62 |
|   **Total Taxes-property** | 2,389.43 |
|   **Utilities** | |
|     **Gas and Electric** | |
|       4949 Spring Mtn | 164.52 |
|     **Total Gas and Electric** | 164.52 |
|     **Sewage** | |
|       4949 Spring Mtn | 65.45 |
|     **Total Sewage** | 65.45 |
|     **Water** | |

## Monthly Budget
### 2011

|  | 2011 Monthly |
|---|---:|
| 4949 Spring Mtn | 25.37 |
| **Total Water** | 25.37 |
|  |  |
| **Total Utilities** | 255.34 |
|  |  |
| **Total Expense** | 3,332.18 |
|  |  |
| **Net Ordinary Income** | 1,240.82 |
| **Mortgage Payments** |  |
| Southern Highland, Lot 3 | 12,613.16 |
| 4949 W Spring Mtn | 5,645.82 |
| AZ-207 E. Van Buren Ave. | 4,003.30 |
| **Total Mortgage** | 22,262.28 |
|  |  |
| **Net Other Income** | -22,262.28 |
|  |  |
| **Net Income** | -21,021.46 |