Marc L. Simon, Esq.
Nevada Bar No. 1259
SIMON & BERMAN
5812 South Pecos Road, Suite A
Las Vegas, Nevada 89120
(702) 451-7077
(702) 451.1002 facsimile
marc@sblaw.lvcoxmail.com
Attorney for Creditor 4631 W S M LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

IN RE: )
) BK-S-11-11249-BAM
NICK3, LLC; NASDAQ5, LLC; and ALEC4, LLC )
) Chapter 11 (Jointly Administered)
Debtors. )
) NOTICE OF APPEARANCE AND
) REQUEST FOR SPECIAL NOTICE
) [F.R.C.P. 9010(b), 2002 and 3017(a)]
)

Hearing Date: n/a
Hearing Time: n/a

Marc L. Simon, Esq., of the law firm of Simon & Berman, attorney for 4631 W S M LLC, hereby enters his appearance in the above-entitled bankruptcy case pursuant to Bankruptcy Rules 9010(b), 2002 and 3017(a) and hereby requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, the Debtor, or other parties in interest. All notices required to be mailed to 4631 W S M LLC pursuant to Bankruptcy Rule 2002, should be directed to each of the following:

    Marc L. Simon, Esq.
    Simon & Berman
    5812 S. Pecos Road, Suite A
    Las Vegas, Nevada  89120
    (702) 451.7077
    marc@sblaw.lvcoxmail.com

/ / /

/ / /

/ / /

> 4631 W S M LLC
> 16461 Sherman Way Boulevard
> Suite 140
> Van Nuys, California  91406
> Attention:    Fred Shakib, Manager
> Fred@canyon-center.com
>
> 4631 W S M LLC
> 16461 Sherman Way Boulevard
> Suite 140
> Van Nuys, California  91406
> Attention:    Mahnaz Afshari, Manager
> 7aseman@sbcglobal.net

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on 4631 W S M LLC, or (ii) constitute a waiver of any of the following rights of 4631 W S M LLC:

 (a) The right to have any and all final orders in any and all non-core matters entered only after a de novo review by a United States District Court Judge;

 (b) The right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding relating hereto, notwithstanding any designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

 (c) The right to have any reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

 (d) Such other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which 4631 W S M LLC is or may be entitled under any agreements or at law or in equity or under the United States Constitution.

///
///
///
///
///

All of the above rights are expressly reserved and preserved unto 4631 W S M LLC without exception and without any intent of confessing or conceding jurisdiction in any way by this filing or by any other participation in the above-captioned case and proceedings ancillary thereto.

DATED this 6th day of April, 2011.

SIMON & BERMAN

By /s/ Marc L. Simon
Marc L. Simon, Esq.
Nevada Bar No. 1259
5812 S. Pecos Road, Suite A
Las Vegas, Nevada 89120
*Attorney for 4631 W S M LLC*

-3-

## CERTIFICATE OF SERVICE

I am employed by the law firm of Simon & Berman in Clark County, Nevada. I am over the age of 18 and not a party to this action. My business address is 5812 S. Pecos Road, Suite A, Las Vegas, Nevada, 89120. On April _____, 2011, I served the document(s) described as:

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE [F.R.C.P. 9010(b), 2002 and 3017(a)]**

☑ by placing the ☐ original ☑ a true thereof enclosed in a sealed envelope addressed as following:

**(SEE CREDITOR MATRIX ATTACHED)**

☑ **a.** ECF System (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

See Attached Notice(s) of Electronic Filing

☑ **b.** **By US Mail.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

I am readily familiar with Simon & Berman's practice of collection and processing correspondence for mailing. Under such practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that service is presumed to be invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ **c.** By Personal Service

☐ **d.** By direct email

☐ **e.** By fax transmission

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated this ___6th___ day of April, 2011.

_____
An Employee of Simon & Berman

-4-

```
Label Matrix for local noticing          ALEC4, LLC                                FIRST INTERNATIONAL BANK
0978-2                                   6170 W. DESERT INN RD.                    FIRST INTERNATIONAL BANK
Case 11-11249-bam                        LAS VEGAS, NV 89146-6640                  1912 AVENUE K
District of Nevada                                                                 PLANO, TX 75074-5997
Las Vegas
Tue Apr  5 15:11:11 PDT 2011
NASDAQ5, LLC                             NEVADA STATE BANK                         NICK3, LLC
6170 W. DESERT INN RD.                   MATTHEW L. JOHNSON & ASSOCIATES           6170 W. DESERT INN RD.
LAS VEGAS, NV 89146-6640                 8831 W. SAHARA AVE.                       LAS VEGAS, NV 89146-6640
                                         LAS VEGAS, NV 89117-5865


THE VAN CEN AVONDALE PARTNERSHIP         United States Bankruptcy Court            1ST INTERNATIONAL BANK
C/O SANTORO, DRIGGS, WALCH......         300 Las Vegas Blvd., South                Acct No xx3808
400 SO FOURTH ST., 3RD FLR               Las Vegas, NV 89101-5833                  ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
LAS VEGAS, NV 89101-6201                                                           1493 N. MONTEBELLO BLVD. #201
                                                                                   MONTEBELLO, CA 90640-2588


(c)BEAUTY TO BEAUTY                      C. LEON CHEN, DMD, MS                     CHEN & CHA LECTURE CIRCUIT, INC.
ATTN: BANKRUPTCY DESK/MANAGING AGENT     ATTN: BANKRUPTCY DEPT/ MANAGING AGENT     ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
4631 SPRING MOUNTAIN RD STE 115          6170 W. DESERT INN RD.                    6170 W DESERT INN ROAD
LAS VEGAS NV  89102-8725                 LAS VEGAS, NV 89146-6640                  LAS VEGAS, NV 89146-6640


CHEN & CHA PERIODONTAL, LTD.             CHUN-LEON  CHEN                           CLARK COUNTY TREASURER
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT    ATTN:  BANKRUPTCY DESK/MANAGING AGENT     Acct No xxx-xx-xx0-002
6170 W DESERT INN ROAD                   6170 W. DESERT INN RD.                    ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
LAS VEGAS, NV 89146-6640                 LAS VEGAS, NV 89146-6640                  500 SOUTH GRAND CENTRAL PKWY
                                                                                   LAS VEGAS, NV 89155-4502


CONTEMPO, LLC                            Culberson CAD                             Culberson County
ATTN:  ROBIN M. HOU, ESQ.                c/o David G. Aelvoet                      c/o David G. Aelvoet
ATTN:  BANKRUPTCY DESK/MANAGING AGENT    711 Navarro, Suite 300                    711 Navarro, Suite 300
140 S. LAKE AVENUE #365                  San Antonio, TX 78205-1749                San Antonio, TX 78205-1749
PASADENA, CA 91101-4988


EAST WEST BANK                           EASTWEST BANK                             FIRST INTERNATIONAL BANK
C/O MICHAEL R. BROOKS, ESQ.              Acct No xxxxxx8600                        Acct No xx3808
300 S. 4TH STREET, SUITE 815             ATTN: BANKRUPTCY DEPT/ MANAGING AGENT     ATTN: BANKRUPTCY DESK/MANAGING AGENT
LAS VEGAS, NV 89101-6040                 PO BOX 7670                               1912 AVENUE K
                                         SAN FRANCISCO, CA 94120-7670              PLANO, TX 75074-5997


FIRST INTERNATIONAL BANK                 (p)INTERNAL REVENUE SERVICE               JENNIFER S. CHA
C/O GLASER WEIL FINK JACOBS ET AL        CENTRALIZED INSOLVENCY OPERATIONS         ATTN: BANKRUPTCY DESK/MANAGING AGENT
3763 HOWARD HUGHES PARKWAY, SUITE 300    PO BOX 7346                               7982 DARK HOLLOW PLACE
LAS VEGAS, NV 89169-0958                 PHILADELPHIA PA 19101-7346                LAS VEGAS, NV 89117-7615


LAS VEGAS BLVD. PROPERTIES, LLC          LAS VEGAS PERIODONTAL CARE AND IMPLANT    LEON CHEN DDS PC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT    6170 W. DESERT INN RD.                    ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6170 W DESERT INN ROAD                   LAS VEGAS, NV 89146-6640                  59 LAS TUNAS DR
LAS VEGAS, NV 89146-6640                                                           ARCADIA, CA 91007-8511


(c)LILY MASSAGE & SPA                    LUNA COUNTY TREASURER                     MINDI LIAO
ATTN: BANKRUPTCY DESK/MANAGING AGENT     Acct No xxxxxxx.xxx9369                   ATTN:  ROBIN M. HOU, ESQ.
4631 SPRING MOUNTAIN RD STE 100          ATTN:  BANKRUPTCY DESK/MANAGING AGENT     ATTN:  BANKRUPTCY DESK/MANAGING AGENT
LAS VEGAS NV  89102-8725                 PO BOX 1758                               140 S. LAKE AVENUE #365
                                         DEMING, NM 88031-1758                     PASADENA, CA 91101-4988
```

NASDAQ5, LLC
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6170 W DESERT INN ROAD
LAS VEGAS, NV 89146-6640

NEVADA STATE BANK
Acct No xxxxxxx-5001
ATTN: BANKRUPTCY DESK/MANAGING AGENT
C/O R. GARDNER JOLLEY, ESQ.
3800 HOWARD HUGHES PKWY. 16TH FLR.
LAS VEGAS, NV 89169-5910

NEVADA TITLE COMPANY
Acct No B0-11-0009-FCL
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
2500 N BUFFALO DRIVE SUITE 150
LAS VEGAS, NV 89128-7854

OMNI BANK
Acct No x2208
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
REAL ESTATE DEPARTMENT
111 N. ATLANTIC BLVD.
MONTEREY PARK, CA 91754-1582

PHO THAI BINH, LLC
ATTN: BANKRUPTCY DESK/MANAGING AGENT
4631 SPRING MTN. RD. #102
LAS VEGAS, NV 89102-8725

TAN DYNASTY FAMILY LP
ATTN: BANKRUPTCY DEPT/ MANAGING AGENT
6170 W DESERT INN ROAD
LAS VEGAS, NV 89146-6640

TAX ASSESSOR COLLECTOR
Acct No xxx5918, xxx5919
ATTN: BANKRUPTCY DESK/MANAGING AGENT
CLUBERSON COUNTY
PO BOX 668
VAN HORN, TX 79855-0668

THE VAN CEN AVONDALE PARTNERSHIP
C/O OGONNA M ATAMOH ESQ
SANTORO DRIGGS WALCH
KEARNEY HOLLEY & THOMPSON
400 SOUTH FOURTH STREET THIRD FLOOR
LAS VEGAS NV 89101-6201

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

ZACHARIAH LARSON
LARSON & STEPHENS
810 S. CASINO CENTER BLVD., STE 104
LAS VEGAS, NV 89101-6719

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DESK/MANAGING AGENT
PO BOX 21126
PHILADELPHIA, PA  19114-0326

(d)INTERNAL REVENUE SERVICE
ATTN: BANKRUPTCY DESK/MANAGING AGENT
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV  89101

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

BEAUTY TO BEAUTY
ATTN: BANKRUPTCY DESK/MANAGING AGENT
4631 SPRING MTN. RD. #103
LAS VEGAS, NV 89102

LILY MASSAGE & SPA
ATTN: BANKRUPTCY DESK/MANAGING AGENT
4631 SPRING MTN RD. #101
LAS VEGAS, NV 89102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)East West Bank

End of Label Matrix
Mailable recipients    39
Bypassed recipients     1
Total                  40