Michael R. Brooks, Esq.
Nevada Bar No. 7287
BROOKS BAUER LLP
300 S. 4th Street, Suite 815
Las Vegas, NV 89101
Ph (702) 851-1191
Fax (702) 851-1198
Attorneys for Secured Creditor
East West Bank

*Electronically filed:* __April 14, 2011__

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

NASDAQ5, LLC,

               Debtor.

Case No.: 11-11252-BAM
Jointly Administered with
Lead Case No.: 11-11249-BAM

Chapter 11

**NOTICE OF HEARING ON MOTION TO DEEM CASE NO. 11-11252-BAM TO BE A SINGLE ASSET REAL ESTATE CASE**

Date of Hearing: MAY 17, 2011
Time of Hearing: 10:00 AM.

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

      NOTICE IS HEREBY GIVEN that a MOTION TO DEEM CASE NO. 11-11252-BAM TO BE A SINGLE ASSET REAL ESTATE CASE was filed on April 14, 2011 by Secured Creditor East West Bank, by and through its counsel of record, Brooks Bauer LLP. The Motion seeks the following relief: an Order deeming the voluntary bankruptcy case initiated by Debtor NASDAQ5, LLC, Case No. 11-11252-BAM, to be a single asset real estate case.

      Any opposition must be filed pursuant to Local Rule 9014(d)(1), which states,

      [A]ny opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule.

      NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief

BROOKS BAUER LLP
300 S. 4TH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1  sought in the Motion, or if you want the Court to consider your views on the Motion, then you

2  must file an opposition with the Court, and serve a copy on the person making the Motion *no*

3  *later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see

4  Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and

5  legal authority, and be supported by affidavits or declarations that conform to Local Rule

6  9014(c).

7       If you object to the relief requested, you *must* file a **WRITTEN** response to this Motion

8  with the Court. You *must* also serve your written response on the person that sent you this

9  Notice.

10       If you do not file a written response with the Court, or if you do not serve your written

11  response on the person that sent you this notice, then:

12      ●   The Court may *refuse to allow you to speak* at the scheduled hearing; and

13      ●   The Court may *rule against you* without formally calling the matter at the

14          hearing.

15       NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a

16  United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard

17  South, Third Floor, Bankruptcy Courtroom No. _____3_____, Las Vegas, Nevada 89101 on

18  __MAY 17_____, **2011** at the hour of ___10:00 Am__.

19       DATED this 14th day of April, 2011.

20                 BROOKS BAUER LLP

21

22                 */s/Michael R. Brooks, Esq.*
               Michael R. Brooks, Esq.

23                 Nevada Bar No. 7287
               300 S. 4th Street, Suite 815

24                 Las Vegas, NV 89101
               Ph (702) 851-1191

25                 Fax (702) 851-1198
               Attorneys for East West Bank

26

27

28

BROOKS BAUER LLP
300 S. 4TH STREET, SUITE 815, LAS VEGAS, NV 89101
TELEPHONE: (702) 851-1191  FAX: (702) 851-1198

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years and not a party to this action. My business address is that of Brooks Bauer LLP, 300 S. 4th Street, Suite 815, Las Vegas, Nevada 89101.

This is to certify that on April 14, 2011, I electronically filed the **NOTICE OF HEARING ON MOTION TO DEEM CASE NO. 11-11252-BAM TO BE A SINGLE ASSET REAL ESTATE CASE** with the Clerk of the Court using the CM/ECF system. Filing the document using the CM/ECF system will cause electronic service of the document on the parties in said action or proceeding through the Notice of Electronic Filing to the following: *See*, Master Service List.

I certify under penalty of perjury that the foregoing is true and correct and that this Certificate of Service was executed by me on the 14th day of April, 2011 at Las Vegas, NV.

_____*/s/Jill M. Sallade*_____
An Employee of BROOKS BAUER LLP